# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Falmouth

**County** Barnstable

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 24-6016-MPK
- Search Warrant Case Number: 23-6135-MPK; 23-6406-MPK; et al
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

## Defendant Information:

**Defendant Name:** Terrance Cardoza

Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 1 Wampanoag Drive, Apartment N7, Mashpee, Massachusetts

**Birth date (Yr only):** 1996  **SSN (last 4#):** 5913  **Sex:** M  **Race:** Hispanic  **Nationality:** USC

**Defense Counsel if known:** Scott Lauer  **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** J. Mackenzie Duane  **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:** Federal Courthouse

**Arrest Date:** 1/23/2024

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/23/2024  **Signature of AUSA:** *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Terrance Cardoza

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 21 USC 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Controlled Substances | 4 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013